UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH DIFILIPPO,

　　　　　　　　　　Plaintiff,

　　　　-against-

MICHAEL VANCE, ET AL.,

　　　　　　　　　　Defendants.

26 CIVIL 00362 (LTS)

CIVIL JUDGMENT

For the reasons stated in the March 10, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45

(1962) (holding that an appellant demonstrates good faith when he seeks review of a

nonfrivolous issue).

　　　　SO ORDERED.

Dated:　　March 11, 2026

　　　　　New York, New York

　　　　　　　　　　　　　　　　　　/s/ Laura Taylor Swain
　　　　　　　　　　　　　　　　　　LAURA TAYLOR SWAIN
　　　　　　　　　　　　　　　Chief United States District Judge